**Tash HEPTING, on Behalf of Himself and All Others Similarly Situated; Gregory Hicks; Erik Knutzen, on Behalf of Themselves and All Others Similarly Situated; Carolyn Jewel, on Behalf of Herself and All Others Similarly Situated; Benson B. Roe, Plaintiff in related case no. C–06–03467 MMC, Plaintiffs–Appellees,**

and

**Wired News; Condenet Inc., Intervenors,**

v.

**AT & T CORPORATION, Defendant–Appellant,**

and

**AT & T, Inc., Defendant,**

**United States of America, Defendant–Intervenor.**

**Tash Hepting, on Behalf of Himself and All Others Similarly Situated; Gregory Hicks; Erik Knutzen, on Behalf of Themselves and All Others Similarly Situated; Carolyn Jewel, on Behalf of Herself and All Others Similarly Situated; Benson B. Roe, Plaintiff in related case no. C–06–03467 MMC, Plaintiffs–Appellees,**

v.

**AT & T Corporation; AT & T, Inc., Defendants,**

and

**United States of America, Defendant–Intervenor–Appellant.**

**Al–Haramain Islamic Foundation, Inc., an Oregon Nonprofit Corporation; Wendell Belew, a U.S. Citizen and Attorney at Law; Asim Ghafoor, a U.S. Citizen and Attorney at Law, Plaintiffs–Appellees,**

v.

**George W. Bush, President of the United States, et al., Defendants–Appellants.**

Nos. 06–17132, 06–17137, 06–36083.

United States Court of Appeals, Ninth Circuit.

Nov. 16, 2007.

Bert Voorhees, Esq., Traber, Voorhees & Olguin, Cindy A. Cohn, Esq., Pasadena,

CA, Elena Maria Dimuzio, Esq., Robert D. Fram, Heller Ehrman, LLP, Eric B. Fastiff, Benson B. Roe, Lieff Cabraser & Heimann, LLP, San Francisco, CA, Eric A. Isaacson, Esq., Coughlin Stoia Geller Rudman & Robbins, LLP, San Diego, CA, James Samuel Tyre, Esq., Culver City, CA, Tze Lee Tien, Esq., Jeff D. Friedman, Hagens Berman Sobol Shapiro LLP, Berkeley, CA, for Plaintiffs-Appellees.

Bradford A. Berenson, Esq., David Lawson, Esq., Sidley Austin, LLP, Washington, DC, Kevin M. Fong, Esq., Bruce A. Ericson, Esq., Pillsbury Winthrop Shaw Pittman, LLP, San Francisco, CA, David W. Carpenter, Esq., Sidley Austin, LLP, Chicago, IL, for Defendants.

Gregory G. Garre, Esq., Hogan & Hartson, LLP, Anthony J. Coppolino, Esq., Andrew H. Tannenbaum, Esq., Thomas M. Bondy, Esq., Anthony A. Yang, Esq., Douglas N. Letter, Esq., Washington, DC, for Defendant-Intervenor-Appellant.

Jonathan Banks, Washington, DC, for Amicus United States Telecom Association.

Lauren Gelman, Stanford, CA, for Amicus Consumer Rights Groups, Center for Digital Democracy, Consumer Federation of America, Consumer Union of the United States, Privacy Activism.

Jean–Paul Jassy, Esq., Bostwick & Jassy LLP, Los Angeles, CA, for Amicus William G. Weaver, Robert Pallitto. Stephen Vladeck, Coral Gables, FL, for Amicus Erwin Chemerinsky.

Jonathan M. Freiman, New Haven, CT, for Amicus National Security Agency, Project on Government Oversight, Project on Government Secrecy, Public Citizen, Inc., Rutherford Institute of Washington.

Jack Lerner, Berkeley, CA, for Amicus People for the America.

Kathleen M. Sullivan, Stanford, CA, for Amicus Electronic Privacy Information Center, Center for Democracy and Technology, Computer Scientists for Professional·Responsibility.

Peter T. Barbur, Esq., Cravath Swaine & Moore, LLP, New York, NY, for Amicus The Association of the Bar of the City of New York.

Before: HARRY PREGERSON, HAWKINS, and M. MARGARET McKEOWN, Circuit Judges.

### ORDER

On April 26, 2007, *Al–Haramain v. Bush,* No. 06–36083, was consolidated with *Hepting v. AT & T Corp.,* Nos. 06–17132, 06–17137. The Clerk shall sever *Al–Haramain v. Bush,* No. 06–36083, from *Hepting v. AT & T Corp.,* Nos. 06–17132, 06–17137, and the cases shall no longer be consolidated for any purpose.